IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2005 MAY -9 P 3: 20

CLERK _____
SO. DIST. OF GA.

CECIL RISHER                              )
                                          )
          Plaintiff                       )
                                          )  CIVIL ACTION FILE NO.
v.                                        )
                                          )  2:04-CV-130-AAA
CIRCUIT CITY STORES, INC., as             )
Administrator of the Circuit City Stores, )
Inc. Long Term Disability Plan, THE       )
CIRCUIT CITY STORES, INC. LONG            )
TERM DISABILITY PLAN, and UNUM            )
LIFE INSURANCE COMPANY OF                 )
AMERICA                                   )
                                          )
          Defendants                      )

## ORDER

Having read and considered the Motion to Substitute Original Affidavit of

Fred Moore, it is hereby ordered that the original affidavit is substituted for the

copy of the affidavit of Fred Moore which was attached to Unum Life Insurance

Company of America's Motion for Summary Judgment.

SO ORDERED, this __9th__ day of __May__, 2005.

_____
Honorable James E. Graham
United States District Judge